# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Fernand Paul Autery
Louisiana State Penitentiary
Camp J - Bass
Angola LA 70712

Cecelia Ann Bonin
Attorney At Law
203 West Main Street  #202
New Iberia LA 70560

**REHEARING ACTION: September 8, 2010**

**Docket Number: 09   01560-KW**

**STATE OF LOUISIANA**
**VERSUS**
**FERNAND PAUL AUTERY**

**Writ Application from Iberia Parish Case No. 03CR1516**

**BEFORE JUDGES:**

   **Hon. Oswald A. Decuir**
   **Hon. J. David Painter**
   **Hon. David Ellis Chatelain**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Fernand Paul Autery** has this day been

   **DENIED.**

cc: Hon. J. Phillip Haney, Counsel for the Applicant
    Walter James Senette  Jr., Counsel for the Applicant